**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00570-CV

———————————

**DEMETRICE INEZ GWYN, Appellant**

**V.**

**BRANDON LEE BROOKS, Appellee**

---

**On Appeal from the 505th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-311312**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on April 23, 2025. On May 8, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.